AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| GARY JAY GOLDBERG | ) | Case No. 13-8118-WM |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

FILED by _VZ_ D.C.

FEB 2 8 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2012 to January 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251 | Production of Child Pornography |
| 18 U.S.C. Section 2422(b) | Enticement of a Minor to Engage in Unlawful Sex Act |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Special Agent Christina J. Pryor
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __02/28/2013__

_____
_Judge's signature_

City and state: __West Palm Beach, Florida__  U.S. Magistrate Judge William Mathewman
_Printed name and title_

# AFFIDAVIT

Your affiant, Christina J. Pryor, being duly sworn, does hereby depose and state as follows:

1.  I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for the past three and a half years. I am currently assigned to PB-2, the Violent Crimes and Major Offender Squad of the Palm Beach County Resident Agency, Miami Division. Among my responsibilities as a Special Agent are investigating crimes against children, particularly offenses involving child pornography and the exploitation of children to include child prostitution.

2.  The facts set forth in this affidavit are based in part on my personal knowledge, information obtained throughout this investigation by others, including other law enforcement officers, and information gained from my training and experience. I am familiar with the facts and circumstances of this investigation. I have received training in the area of child prostitution and child exploitation through the FBI. I also have assisted in child pornography and child exploitation investigations, which have involved reviewing examples in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

3.  I am investigating the activities of GARY JAY GOLDBERG, date of birth XX-XX -1964. (For purposes of this affidavit, the month and day of dates of birth have been redacted.) I am submitting this affidavit in support of a criminal complaint charging GARY JAY GOLDBERG with violations of 18 U.S.C. §§ 2251(a) and 2422(b). As will be shown below, there is probable cause to believe that GOLDBERG persuaded, induced, enticed, or coerced a minor to engage in sex acts for the purpose of producing a visual depiction of such conduct and

used a facility or means of interstate or foreign commerce to persuade, induce, entice, or coerce a minor to engage in any sexual activity for which any person can be charged with a criminal offense or attempt to do so.

4.  The statements in this Affidavit are based in part on information provided to me by Detective Ronald Mello and Detective Chris Mammarella of the Boca Raton Police Department, and on my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint charging GOLDBERG with violations of 18 U.S.C. §§ 2251(a) and 2422(b), I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to charge GOLDBERG with violations of Title 18 U.S.C. §§ 2251 and 2422.

## STATUTORY AUTHORITY

5.  This investigation concerns alleged violations of Title 18, United States Code, §§ 2251 and 2422(b). Section 2251 (a) establishes that, "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory of Possession of the United States, with the intent that such minor engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or

facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed."

6.      Title 18, United States Code, Section 2422(b) provides that, "whoever, using the mail or any facility of interstate or foreign commerce… knowingly persuades, induces, entices or coerces any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life."

## BASIS FOR FACTS
## CONTAINED IN THIS AFFIDAVIT

7.      On January 14, 2013, the parents of minor J.S., date of birth XX-XX-1995, contacted the Boca Raton Police Department after discovering text message conversations between J.S. and a person listed in her phone contacts list as "GARY G" with telephone number 561-929-7177. Beginning in approximately December 2012, J.S. and "GARY G" communicated via text message where J.S. asked for money and other items from "GARY G." In response, "GARY G" asked J.S. to send pictures of herself to him. After discovering the text message conversations, J.S.'s parents confronted J.S. J.S. revealed that she met "GARY G" through a friend, also a minor, and had been sending photographs of herself to him in exchange for money and cigarettes. J.S. told her parents that she believed "GARY G" was approximately 40 years old and was a realtor. An internet search for telephone number 561-929-7177 revealed it to be a mobile cellular number associated with GARY GOLDBERG P.A., 2255 W. Glades Road, Boca Raton, Florida.

8.      On January 31, 2013, detectives of the Boca Raton Police Department interviewed juvenile J.S. J.S. reported that she and a friend, juvenile M.W., date of birth XX-XX-1997

contacted "GARY G" because they needed money. M.W. had a photograph of "GARY G's" business card on her cellular telephone. J.S. could not recall the exact date when this occurred but advised that she (J.S.) and M.W. had sent text messages back and forth to one another when they were with "GARY G" and were in his vehicle. "GARY G" picked up both J.S. and M.W. in a dark colored vehicle and drove the girls to his office which was nearby. While at the office, "GARY G" gave the minors alcohol and paid them $100.00 each to allow him to take photographs of them. "GARY G" told the girls that he was going to use the pictures to masturbate. "GARY G" took pictures of J.S. and M.W. "making out" or kissing, exposing their breasts, and photographs believed to be of each girl exposing her buttocks or underwear. Thereafter, "GARY G" drove J.S. and M.W. to a nearby gas station where M.W. and "GARY G" went inside. M.W. later disclosed to J.S. that "GARY G" performed oral sex on her (M.W.) inside the gas station bathroom. "GARY G" then drove the minors to the mall. J.S. reported that she had later additional contact with "GARY G" when he would drive J.S. places and give her money. On one occasion, while in the front seat of "GARY G's" car, "GARY G" requested J.S. to pull her pants down so that he could take a photograph of her genital area. J.S. also advised that she and "GARY G" would communicate via text message where "GARY G" would request her to send sexy pictures of herself to him. J.S. was then shown a photo line-up by detectives and positively identified GARY JAY GOLDBERG, date of birth XX-XX-1964, as the person she knows as "GARY G."

9. A review of J.S.'s cellular telephone's text message history revealed communication between J.S. and M.W. regarding GOLDBERG and a screenshot of text message communication between telephone number 561-929-7177 and M.W. on November 24, 2012. The text message history was consistent with J.S.'s description of the meeting with GOLDBERG described above.

The screen shot of the text messages between M.W. and 561-929-7177 on November 24, 2012, included the following;

    561-929-7177: "Out front but don't c u."
    M.W.:        "What kind of car"
    561-929-7177: "Let's play!:)"
    (A photograph of U.S. currency fanned out is then sent to M.W.)
    561-929-7177: "Can u n me hang out?"
    M.W.:        "Maybe"
    M.W.:        "What do you define as hang out"

Detectives were able to retrieve video surveillance footage from GOLDBERG's business office from November 24, 2012 which showed J.S., M.W., and GOLDBERG entering and leaving the building. Detectives also determined that the gas station described by J.S. was the BP station located 5440 West Glades Road in Boca Raton and obtained video surveillance footage from the gas station. The surveillance video shows GOLDBERG and M.W. entering the gas station and the license plate of the vehicle GOLDBERG was driving was also visible. The vehicle tag number was queried and is registered to a family member of GOLDBERG's who lists the same residential address as GOLDBERG according to Florida Driver and Vehicle Identification Database (D.A.V.I.D ) records.

10. On February 1, 2013, detectives interviewed juvenile M.W. M.W. advised that she and J.S. had met with "GARY G," that "GARY G" had taken pictures of J.S. and herself including topless photographs, and that "GARY G" had placed his mouth on her genital area.

11. A search warrant was issued on February 6, 2013, by the State of Florida, Judge Barry Cohen, of the 15th Judicial Circuit, for GOLDBERG's office located at 2255 West Glades Road, Suite 319A, Room 82 for computers and electronic media. The search warrant was executed on February 6, 2013 by officers and detectives of the Boca Raton Police Department. Several computers, a Samsung tablet computer, a Blackberry cellular phone, and two thumb

drives were seized from the office.

12. A forensic analysis was performed on the devices seized from the office. Among the devices analyzed were the Samsung tablet device and an Infinity computer tower. The examination on the Infinity computer tower revealed a Windows user profile of "Gary." Under that user profile and "My Documents/My Pictures," a folder titled, "PRIVACY PLEASE" was located. Within the folder, the following images were located;

> a) Photograph of M.W. with breasts exposed
> b) Photograph of M.W.'s genital area
> c) Photograph of M.W.'s genital area
> d) Photograph of M.W./J.S. clothed
> e) Photograph of M.W. and J.S. with breasts exposed
> f) Photograph of M.W. and J.S. kissing
> g) Photograph of buttocks of M.W. or J.S.
> h) Photograph of buttocks of M.W. or J.S.
> i) Photograph of abdomen with underwear pulled down exposing genital area of J.S. or M.W.
> j) Photograph of M.W's genital area
> k) Photograph of M.W.'s genital area

In the background of some of the above images, an Oriental decorative folding screen is visible. The EXIF data or metadata of the photographs reveal the images were taken with a Samsung device, Model Number SGH-T849. A forensic examination of the Samsung tablet device that was also seized from GOLDBERG's office revealed it to be the same model number. Photographs found on the Samsung device include a photograph of the Oriental decorative folding screen that is in the background of some of the above images in addition to family photographs. The EXIF data of the images found on the Samsung device corresponds with the EXIF data of the images of J.S. and M.W. that were located on the Infinity computer tower.

13. Based on the foregoing, Your Affiant respectfully requests that a criminal complaint be issued charging GARY JAY GOLDBERG with violations of 18 U.S.C. §§ 2251(a) and 2422(b).

_____
Christina J. Pryor
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me
this **28**th day of February 2013.

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8118-WM

IN RE: Complaint
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __x__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: LOTHROP MORRIS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 095044
500 Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 820-8711
(561) 820-8777 (FAX)
LOTHROP.MORRIS@USDOJ.GOV